UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARTHUR YURI DE ALMEIDA SILVA BERTO,<br><br>        Petitioner,<br><br>        v.<br><br>PATRICIA HYDE et al.,<br><br>        Respondents. | Civil Action No. 25-cv-12963-RGS |

**RESPONDENTS' ASSENTED-TO MOTION TO FILE RESPONSE TO SHOW CAUSE ORDER UNDEAL SEAL**

Respondents, by and through their attorney, Leah B. Foley, United States Attorney for the District of Massachusetts, respectfully move this Court for leave to file their Response to this Court's Show Cause Order (Doc. 3) under seal. In support of this Motion, Respondents submit the following:

1. Petitioner, a minor, has filed a petition for habeas corpus under 28 U.S.C. § 2241. On October 10, 2025, this Court ordered Respondents to show cause justifying Petitioner's detention by Immigration and Customs Enforcement ("ICE").

2. In their response, Respondents will need to address Petitioner's criminal history. Considering Petitioner's status as a minor, and to protect his privacy interests, Respondents seek leave to file their response under seal.

3. Undersigned counsel conferenced this issue with counsel for Petitioner prior to filing this motion, who assented to the relief requested herein.

WHEREFORE, Respondents respectfully move this Court for leave to file their response to this Court's Show Cause Order under seal to protect Petitioner's privacy interests.

|  |  |  |
|---|---|---|
|  |  | Respectfully submitted, |
|  |  | LEAH B. FOLEY<br>United States Attorney |
| Dated: October 14, 2025 | By: | */s/ Nicole M. O'Connor*<br>Nicole M. O'Connor<br>Assistant United States Attorney<br>United States Attorney's Office<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>Tel.: 617-748-3112<br>Email: Nicole.O'Connor@usdoj.gov |

## 7.1 CERTIFICATION

I, Nicole M. O'Connor, Assistant United States Attorney, hereby certify that I conferred with counsel for Petitioner prior to filing this motion, who assented to the relief requested herein.

Dated:  October 14, 2025                                    */s/ Nicole M. O'Connor*
                                                                          Nicole M. O'Connor
                                                                          Assistant United States Attorney

## CERTIFICATE OF SERVICE

I, Nicole M. O'Connor, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated:  October 14, 2025              By:      */s/ Nicole M. O'Connor*
                                                                Nicole M. O'Connor
                                                                Assistant United States Attorney